NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM W. BUCHER, IV, BUCHER LAW PLLC,**
*Plaintiffs-Appellants*

**v.**

**ZAIGER LLC, JEFFREY H. ZAIGER, BLACK DIAMOND CAPITAL MANAGEMENT, LLC, STEPHEN DECKOFF,**
*Defendants-Appellees*

---

2025-1609

---

Appeal from the United States District Court for the District of Connecticut in No. 3:23-cv-00452-AWT, Senior Judge Alvin W. Thompson.

---

**ON MOTION**

---

PER CURIAM.

# O R D E R

Because this appeal appeared to fall outside of this court's jurisdiction, *see* 28 U.S.C. § 1295, the court directed the parties to show cause. Appellants respond with a "request that the Court dismiss this appeal." ECF No. 5 at 2.

2                                                    BUCHER v. ZAIGER LLC

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

(3)  The mandate shall issue forthwith.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>July 9, 2025</u>
        Date

ISSUED AS A MANDATE: <u>July 9, 2025</u>